UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

LINDA LUCAS,

               Plaintiff,

    v.                                              5:06-CV-1100 (LEK/VEB)

MICHAEL J. ASTRUE,
Commissioner of Social Security

               Defendant.

## DECISION AND ORDER

      This matter comes before the Court following a Report-Recommendation filed on September 30, 2009 by the Honorable Victor E. Bianchini, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  Report-Rec. (Dkt. No. 21). After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Defendant, which were filed on October 6, 2009.  Objections (Dkt. No. 22).

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b).  "A [district] judge... may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." Id.  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

      Accordingly, it is hereby

1

**ORDERED**, that the Report-Recommendation (Dkt. No. 21) is **APPROVED** and **ADOPTED** in its **ENTIRETY**; and it is further

**ORDERED**, that Defendant's Motion for Judgment on the Pleadings is **DENIED**; and it is further

**ORDERED**, that the decision of the Commissioner be **REVERSED** and **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405 (g) for further administrative proceedings consistent with the Report-Recommendation; and it is further

**ORDERED**, that the Clerk serve a copy of this Order on all parties.

**IT IS SO ORDERED**.

DATED:	October 14, 2009
	Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge